IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs                                      CASE NO. 4:12-mj-_276_ MSH

NATHANIEL L. JOHNSON
_____

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 3365837

    That on or about September 4, 2012, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, NATHANIEL L. JOHNSON, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to wit:  an alcohol concentration of .08 or more; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

COUNT II

VIOLATION NO. 3365837

    That on or about September 4, 2012, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, NATHANIEL L. JOHNSON, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to the extent that it was less safe for him to drive; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT III

### VIOLATION NO. 3365836

    That on or about September 4, 2012, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, NATHANIEL L. JOHNSON, did unlawfully drive a motor vehicle upon a highway in Georgia without a valid driver's license; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-5-20(a).

MICHAEL J. MOORE  
UNITED STATES ATTORNEY

By:   JARED V. OLSON  
        SPECIAL ASSISTANT U.S. ATTORNEY